ORIGINAL

FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0535

FILED

NOV 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ROBERT AYRES DASILVA, JR.,

    Petitioner,

v.

DAN O'FALLON, Warden,

    Respondent.

**O R D E R**

Robert Ayres DaSilva, Jr. represents himself and has filed a Petition for a Writ of Habeas Corpus, challenging his current incarceration in Cascade County.

In 2009, DaSilva was convicted after jury trial of failure of sex offender to provide notice of address change, a felony, and resisting arrest, a misdemeanor, in the Eighth Judicial District Court, Cascade County. He was adjudicated a persistent felony offender, designated as a Tier 2 sex offender, and sentenced to the Montana State Prison for a five-year term, with credit for time served. DaSilva appealed, and this Court affirmed. *State v. DaSilva*, 2011 MT 183, 361 Mont. 288, 258 P.3d 419. DaSilva sought postconviction relief, raising the same substantive issue concerning his 1998 Washington conviction that he had raised on appeal, and the District Court denied his petition. This Court affirmed. *DaSilva v. State*, No. DA 12-0413, 2013 MT 28N, ¶¶ 5-8, 2013 Mont. LEXIS 24.

DaSilva's present petition is difficult to understand, and we take judicial notice of the Cascade County District Court's Order of Dismissal with Prejudice in Interests of Justice, issued October 17, 2014 (hereinafter Order). The District Court explained that DaSilva sought federal habeas corpus relief in the United States District Court, and that, in May 2014, in a second habeas proceeding, a federal district court granted his petition and "invalidated DaSilva's state court felony conviction[] on federal due process grounds[.]" Order, at 4 (footnote omitted). The United States District Court vacated the judgment for

DaSilva (Cause No. DC-09-137), after which the State sought to renew the criminal proceedings against DaSilva. Order, at 6. However, the District Court denied the State's request, vacated a scheduled trial, and released DaSilva.

DaSilva's current petition references several constitutional provisions and state and federal caselaw. However, we cannot determine what conviction or sentence he is challenging, or even the cause of his current incarceration. DaSilva continues to argue about his 1998 Washington Judgment and Sentencing Order, requesting that this Court "Set The Record [Straight], Prevent Any further [Miscarriage] of Justice[], Dismiss with Prejudice," yet, as noted, DaSilva's 2009 Montana conviction based thereon was vacated by the federal district court in 2014.

Based on the limited information in his Petition, we must conclude that DaSilva has not demonstrated he is entitled to habeas relief. Section 46-22-101(1), MCA; *Miller v. Eleventh Judicial Dist. Ct.*, 2007 MT 58, ¶ 14, 336 Mont. 207, 154 P.3d 1186. Many of the issues he raises herein were litigated before and, in any event, appear to be moot due to the dismissal of his 2009 conviction and sentence. "A question is moot when the court cannot grant effective relief." *Shamrock Motors, Inc. v. Ford Motor Co.*, 1999 MT 21, ¶ 19, 293 Mont. 188, 974 P.2d 1150. Accordingly,

IT IS ORDERED that DaSilva's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Robert Ayres DaSilva, Jr. personally.

DATED this 24ᵗʰ day of November, 2020.

_____
Chief Justice

2

_____

_____
Justices

3